■ JOHN CHONG-HWAN WEE, Respondent, v UNITED MEMORIAL MEDICAL CENTER et al., Appellants. [876 NYS2d 919]—Appeal from an order of the Supreme Court, Genesee County (Mark H. Dadd, A.J.), entered January 31, 2008 in a medical malpractice action. The order, insofar as appealed from, denied in part defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.